IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEVIN DURRELL BROWN, ) <br> # 285790, ) <br> ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> KENNETH JONES, *et al.*, ) <br> ) <br>     Respondents. ) | CASE NO. 3:14-CV-159-WKW |

## **ORDER**

On March 1, 2016, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. # 16.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 30) is ADOPTED. It is further ORDERED as follows:

1. The petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

2. This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 24th day of March, 2016.

                                                    /s/ W. Keith Watkins
                                       CHIEF UNITED STATES DISTRICT JUDGE